# United States District Court Violation Notice

CVB Location Code: NH70

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| F08R001X | Clukey | 2520 |

F08R001X

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 08/10/2026 09:37 | FED 36CFR261.17 |

Place of Offense
Great Gulf

Offense Description: Factual Basis for Charge
failure to pay rec. fee

HAZMAT ☐

## DEFENDANT INFORMATION

Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| Dunn | Peter | T |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| | | | |

| Drivers License No. | CDL | D.L. State | Social Security No. |
|---|---|---|---|
| | ☐ | | |

☐ Adult ☐ Juvenile | Sex ☐ M ☐ F | Race | Hair | Eyes | Height | Weight

## VEHICLE

VIN: JTDACAAU8T3065457 CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 4MZE49 | MA | 2026 | TOYT/PRIUS | ☐ | BLU |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | |
|---|---|
| $ 50.00 | Forfeiture Amount |
| $ 30.00 | Processing Fee |
| $ 80.00 | Total Collateral Due |

PAY THIS AMOUNT

## YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address
55 Pleasant St., Concord, New Hampshire 03301

Date (mm/dd/yyyy)

Time (hh:mm)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt.I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete Original - CVB Copy FS-5300-4 (7/05)

F08R001X

# STATEMENT OF PROBABLE CAUSE

(For issuance of an arrest warrant or summons)

I state that on 08/10/2026 while exercising my duties as a law enforcement officer in the ______ District of NH

Pursuant to 16USC 551: I state that on 08/10/2026, at approximately 09:37 hours, while exercising my duties as a Law-Enforcement Officer in the Judicial District of New Hampshire, on the White Mountain National Forest, I Officer Dale Clukey III, was patrolling the parking lot of Great Gulf when I observed an unoccupied, blue 2026 Toyota Prius (MA Tag# 4MZE49) parked in a parking space. Closer inspection of the vehicle revealed that there was no proof of a paid recreation fee. Recreation fees are required at Great Gulf and there is a sign stating that information as well as instructions to pay on the side of the parking lot by the trailhead entrance. I utilized the R1S Ranger App on my work phone which verified that the vehicle did not have any record of a paid recreation fee through the online platform Recreation.gov. Attempts to contact the driver of the vehicle were met with negative results. A vehicle registration check later through CBP Watch Communications Center Division showed that the vehicle was registered to Peter DUNN (DOB: 03/15/1983) out of Northampton, MA. Under 36 CFR 261.17, I issued a citation for Failure to Pay Recreation Fee to the registered owner of the vehicle Peter DUNN. The citation was left under the driver's side windshield wiper of the vehicle.

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/10/2026 [signature]

Date (mm/dd/yyyy) Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________

Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;

CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident